UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BENJAMIN M. LAWSKY, Superintendent       :
Financial Services of the State of New York,  :
                                          :
                    Plaintiff,            :
                                          :
        -against-                         :
                                          :
CONDOR CAPITAL CORPORATION       :
and STEPHEN BARON,                        :
                                          :
                    Defendants.           :
----------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 04/25/2014               │
└─────────────────────────────────────┘
```

14 Civ. 2863 (CM)
ORDER

KIMBA M. WOOD, U.S.D.J.:

       Having heard argument by counsel for the parties this evening concerning whether the

Temporary Restraining Order ("TRO"), issued on April 23 KMW, 2014, should be modified as requested by

Defendants, the Court modifies the TRO as reflected in the attached "Modification to Temporary

Restraining Order" for reasons stated on the record after argument.

       The Court finds that any further modification of the TRO at this time is unwarranted, because

Plaintiff has demonstrated (1) that consumers would suffer irreparable harm in the absence of the

attached "Modification to Temporary Restraining Order;" and (2) that there are sufficiently serious

questions going to the merits to make them a fair ground for litigation, and that a balance of hardships

tips decidedly in Plaintiff's favor.

       The parties shall order a copy of the transcript of today's argument, and supply a copy to Judge

McMahon's chambers by 4 p.m. on Monday, April, 28, 2014.

              SO ORDERED.

DATED:      New York, New York
            April 25, 2014

                                          _____
                                          KIMBA M. WOOD
                                          United States District Judge
                                          PART I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BENJAMIN M. LAWSKY, Superintendent of
Financial Services of the State of New York,          :

       -v-                                                                       :          14 Civ. 2863 (CM)

                                        :          **MODIFICATION TO**

CONDOR CAPITAL CORPORATION and                              **TEMPORARY RESTRAINING**
STEPHEN BARON,                                       :          **ORDER**

             *Defendants*,                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **04 25 2014**

      WHEREAS Plaintiff, Benjamin M. Lawsky, submitted a proposed *Ex Parte* Temporary

Restraining Order (the "TRO") as to Defendants Condor Capital Corporation ("Condor") and

Stephen Baron, filed April 23, 2014.  Considering the further submissions made by counsel, the

Court hereby modifies ~~and/or vacates~~ the TRO in these specific respects

      IT IS HEREBY ORDERED that:

         1.      Paragraphs 11, 12, and 15 of the TRO are vacated and Defendants are

hereby authorized to solicit and acquire new loan agreements and retail installment contracts

provided that:

            (a)     The information for any such contracts shall be provided promptly to the

                Department of Financial Services; and

            (b)     Should any credits accrue in customer accounts as a result of the new loan

                agreements, Condor must notify the customer and make arrangements to

                refund such credits.

*KMW*

1

2. ~~Paragraph 14 of the TRO is modified such that the first two paragraphs previously required to appear on Condor's website are no longer required to appear. The third paragraph regarding positive credit balances shall remain.~~ *Knw*

3.    The asset freeze referred to in paragraphs 16 and 17 is hereby lifted so as to allow:

(a)    The transfers of titles between Condor and existing or future customers;

(b)    The release of liens by Condor for existing or future customers;

(c)    The ability for Condor to approve customer insurance payments; *existing – Knw*

(d)    The ability for Condor to sale and/or auction off automobiles in its *Knw existing* inventory, provided that the proceeds are deposited into the Citibank account identified in paragraph 17 of the TRO;

(e)    Condor to issue payroll checks and funds to be transferred to the individuals and in amounts identified in Exhibit A of the TRO; and *Knw — in amounts no larger than the previous weekly payroll for each employee, provided that no payment shall be made to Stephen Baron.*

~~(f)    Condor to transfer money to dealers in order to fund new customer loans.~~ *payment*

IT IS FURTHER ORDERED that:

4.    The additional paragraphs of the TRO and this Order shall remain in full force and effect pending the determination of the Superintendent's Motion for a Preliminary Injunction or hearing on the merits, which is scheduled for Tuesday, April 29, at 10:00 a.m. before the Honorable Colleen McMahon.

SO ORDERED
On this 25ᵗʰ day of April 2014

*[signature]*
UNITED STATES DISTRICT JUDGE
United States District Court
Southern District of New York
*Part I*

2