UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
BENJAMIN M. LAWSKY, Superintendent of Financial :
Services of the State of New York,                           : 14 Civ. 2863 (CM)
                                                             :
                        Plaintiff,                           :
                                                             : **NOTICE OF APPEARANCE**
            -against-                                        :
                                                             :
CONDOR CAPITAL CORPORATION and STEPHEN                       :
BARON,                                                       :
                                                             :
                        Defendants.                          :
------------------------------------------------------------ x

**To the Clerk of this court and all parties of record:**

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Proposed Intervenor Wells Fargo Bank, N.A.

Dated: New York, New York
       May 2, 2014

                                        **BLANK ROME LLP**

                                        By: _____
                                              Harris N. Cogan
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, New York 10174
                                        Tel: (212) 885-5000
                                        Fax: (212) 885-5002
                                        Email: hcogan@blankrome.com
                                        *Attorneys for Proposed Intervenor*
                                           *Wells Fargo Bank, N.A.*