UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————x

BENJAMIN M. LAWSKY, Superintendent of
Financial Services of the State of New York,

        Plaintiff,

    -against-

CONDOR CAPITAL CORPORATION and
STEPHEN BARON,

        Defendants.

—————————————————————x

No. 14 Civ. 2863 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/14

## ORDER

McMahon, J.:

    On consent of the parties, the Temporary Restraining Order issued in this case is extended until Monday, May 12, 2014, at 10:00 AM, at which time the Court will hear oral argument on the proposed preliminary injunction. Defendants shall file answering papers with the Court (with courtesy copies hand delivered to Chambers) and serve the same on counsel for Plaintiff no later than 5:00 PM on Thursday, May 1, 2014. Plaintiff may file responsive or supplemental materials with the Court (with courtesy copies hand delivered to Chambers) and serve the same on counsel for Defendants no later than 3:00 PM on Monday, May 5, 2014.

Dated: April 28, 2014

_____
U.S.D.J.

BY ECF TO ALL COUNSEL

1