**Katten**

Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.8776 fax
www.kattenlaw.com

May 7, 2014

# MEMO ENDORSED

LEAH MARY CAMPBELL
leah.campbell@kattenlaw.com
(212) 940-6540 direct
(212) 940-8776 fax

**VIA ELECTRONIC FILING & HAND**

5|8|14
Granted.
*[signature] Colleen M. McM.*

Honorable Colleen M. McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lawsky v. Condor Capital Corporation and Stephen Baron,* No. 14 Civ. 2863 (CM)

Dear Judge McMahon:

This firm represents defendants Condor Capital Corporation ("Condor" or the "Company") and Stephen Baron ("Defendants") in the above-captioned matter. We respectfully submit this letter to respectfully request a further modification of the April 23, 2014 Temporary Restraining Order ("TRO") to permit Condor to make payments in the amount of $62,077.63 to continue the health and dental insurance coverage for its employees. This request is being made in accordance with Your Honor's April 30, 2014 Order, in which the Court indicated it would consider endorsing mutually agreed-upon changes to the TRO.

Condor was recently notified that the health and dental insurance for its employees was suspended due to Condor's inability to make its ordinary course May 1, 2014 payment, but that the insurance would be reinstituted as soon as it makes such payment. Condor forwarded the specific invoice to counsel for Plaintiff Benjamin Lawsky, as Superintendent of Financial Services of the State of New York, who has advised us that Plaintiff consents to Condor's request to modify the TRO to permit the payments in the amount of in the amount of $62,077.63 for the health and dental insurance.

Respectfully submitted,

*[signature]*

Leah Mary Campbell

Cc:    All Counsel of Record