UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x

BENJAMIN M. LAWSKY, Superintendent of
Financial Services of New York,

        Plaintiff,

    -against-                                14 Civ. 2863 (CM)

CONDOR CAPITAL CORPORATION and
STEPHEN BARON,

        Defendants.
───────────────────────────────── x

## ORDER TO SHOW CAUSE

McMahon, J.:

       Sufficient cause having been shown, through the Declaration of Brian Montgomery in Further Support of Plaintiff's Motion for Preliminary Injunction, that Condor Capital has commenced lending operations in Florida, in violation of this Court's Temporary Restraining Order, it is hereby ORDERED that Defendants Condor Capital Corporation and Stephen Baron show cause before this Court in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York, NY, on May 12, 2014, at 10:00 AM, why they should not be held in civil contempt of this Court's Temporary Restraining Order, and it is further ORDERED that Stephen Baron show cause why he should not be incarcerated until such time as he causes Condor to cease operations in Florida.

       Defendant Stephen Baron shall personally appear at the May 12 hearing or he shall be held in contempt.

Dated: April 30, 2014

                                                                    /s/ Colleen McMahon
                                                                    U.S.D.J.

BY ECF TO ALL COUNSEL