McMahon, C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
BENJAMIN M. LAWSKY, Superintendent
of Financial Services of the State of New York,

               Plaintiff,

- against -

CONDOR CAPITAL CORPORATION and
STEPHEN BARON,

               Defendants,

- and -

WELLS FARGO BANK, N.A., as Agent for
Certain Financial Institutions as Lenders,

               Intervenor.
------------------------------------------------------------------ X

Index No. 14-cv-2863 (CM)

**NOTICE AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned hereby consent to the substitution of Schindler Cohen & Hochman LLP as attorneys for Plaintiff Benjamin M. Lawsky, Superintendent of Financial Services of the State of New York, in the above-captioned action, in place and instead of Friedman Kaplan Seiler & Adelman LLP.

| | |
|---|---|
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 833-1100<br>*(Withdrawing Attorneys for Plaintiffs)*<br><br>By: _____<br>    Eric Corngold<br>    Anne E. Beaumont<br>    Christopher M. Colorado<br>    Raina L. Nortick | SCHINDLER COHEN & HOCHMAN LLP<br>100 Wall Street, 15th Floor<br>New York, New York 10005<br>Tel: (212) 277-6300<br>Fax: (212) 277-6333<br>*(Substituting Attorneys for Plaintiffs)*<br><br>By: _____<br>    Jonathan L. Hochman<br>    Andrew J. Melnick<br>    Matthew A. Katz<br>    Richard J. Bettan |

PLAINTIFF BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York:

By: *Joy Feigenbaum*
~~Benjamin M. Lawsky~~
Joy Feigenbaum
Executive Deputy Superintendent

TO: NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES
Joy Feigenbaum
Nancy I. Ruskin
One State Street
New York, New York 10004
Tel: (212) 709-3500
*Of Counsel for Plaintiff Benjamin M. Lawsky*

KATTEN MUCHIN ROSENMAN LLP
Michael Rosensaft
Leah Mary Campbell
575 Madison Avenue
New York, New York 10022
Tel: (212) 940-8800
*Attorneys for Defendants*

BLANK ROME LLP
Harris N. Cogan
Michelle Gitlitz Courtney
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
*Attorneys for Intervenor*

SO ORDERED:

Dated: 5/13/2014

nunc pro tunc to 5/10/2014

_____
Hon. Colleen McMahon, U.S.D.J.

2