UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York,<br><br>       Plaintiff,<br><br>  -against-<br><br>CONDOR CAPITAL CORPORATION and STEPHEN BARON,<br><br>       Defendants.<br><br>  -and-<br><br>WELLS FARGO BANK, N.A., as Agent for Certain Financial Institutions as Lenders,<br><br>       Intervenor. | Case No.: 14 Civ. 2863 (CM)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Condor Capital Corporation ("Condor") hereby makes the following corporate disclosures:

   1.  Condor states that it does not have any publically held parent corporation, and that there are no publically held corporations that own 10% or more of its stock.

Dated: May 14, 2014

                 Respectfully submitted,

                 KATTEN MUCHIN ROSENMAN LLP

                 By: /s/ *Leah Mary Campbell*
                    Leah Mary Campbell
                    Michael M. Rosensaft

                    575 Madison Avenue
                    New York, NY 10022-2585
                    Phone: 212.940.8800
                    Fax:  212.940.8776
                    Email: leah.campbell@kattenlaw.com

                    *Attorneys for Defendants Condor Capital Corporation and Stephen Baron*