Denis O'Connor
Receiver
Condor Capital Corporation
c/o Alix Partners, LLP
40 West 57th Street, 28th floor
New York NY 10019

May 20, 2014

Hon. Colleen McMahon
United States District Judge
Southern District of New York
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

5/21/14



MEMO ENDORSED

RE:   **BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York, v.**
      **CONDOR CAPITAL CORPORATION and STEPHEN BARON, Case No. 14-CV-2863 (CM)**

Dear Judge McMahon:

I write to your Honor regarding the Preliminary Injunction and Order Appointing Receiver entered on May 13, 2014 and reference paragraph 9 (n) as follows:

9 (n)   Continue and conduct the business of Condor in such manner, to such extent, and for such duration as the Receiver may in good faith deem to be necessary or appropriate to operate the business profitably and lawfully, if at all, including historic re-starting the corporation's ability to make loans, provided, however, that the continuation and conduct of the business shall be conditioned can be lawfully operated at a profit using the assets and current management and staff of Condor; an assessment of whether the corporation can/should begin new loan origination MUST BE COMPLETED and reported to this court within 20 calendar days of the entry of this order, which is to say, by May 28, 2014.

My calendar day count using 20 calendar days from Order entry dated May 13, 2014 is June 2, 2014. However, the Order refers to May 28, 2014 (which would be 15 calendar days) as the date by which my submission to the Court is due. I request your Honor's approval to proceed using the 20 day/June 2, 2014 calendar count/due date.

I can reached at Condor Capital at 407 358-6403 or cell 917 952-0270 if you need to discuss the above.

Very truly yours,

Denis O'Connor

5/21/2014

You are correct — I reflected my the draft change my the Brave order