UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BENJAMIN M. LAWSKY, Superintendent of Financial : 
Services of the State of New York,              : No. 14 Civ. 2863 (CM)
                                                :
                    Plaintiff,                  :
                                                : **MOTION FOR ADMISSION**
         -against-                              :   **PRO HAC VICE**
                                                :
CONDOR CAPITAL CORPORATION and STEPHEN          :
BARON,                                          :
                                                :
                    Defendants.                 :
                                                :
         -and-                                  :
                                                :
WELLS FARGO BANK, N.A., as Agent for Certain    :
Financial Institutions as Lenders,              :
                                                :
                    Intervenor.                 :
------------------------------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Regina Stango Kelbon, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Wells Fargo Bank, N.A. in the above captioned action.

I am in good standing of the bars of the Commonwealth of Pennsylvania, the States of New Jersey and Delaware, and the United States Court of Appeals for the Third Circuit, and there are no pending disciplinary proceedings against me in any state or federal court.

*See* Exhibit A, attached hereto.

Dated:   June 9, 2014                       Respectfully Submitted,

                                               **BLANK ROME LLP**

                                               By: */s/ Regina Stango Kelbon*
                                               Regina Stango Kelbon, Esquire
                                               1201 Market Street – Suite 800
                                               Wilmington, DE 19801
                                               Tel:  (302) 425-6400
                                               Fax:  (302) 425-6464

                                                         -and-

                                               One Logan Square
                                               130 North 18th Street
                                               Philadelphia, PA 19103-6998
                                               Tel: (215) 569-5507
                                               Fax:  (215) 832-5507
                                               Kelbon@blankrome.com

                                               *Attorneys for Wells Fargo Bank, N.A.*

# **Exhibit A**



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Regina Stango Kelbon, Esq.*

DATE OF ADMISSION

*November 4, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 12, 2014

John W. Person Jr., Esq.
Deputy Prothonotary

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **REGINA STANGO KELBON** (No. **018491985**) was constituted and appointed an Attorney at Law of New Jersey on **July 01, 1986** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **13TH** day of **May**, 20**14**

*Clerk of the Supreme Court*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF GOOD STANDING

I, PETER T. DALLEO, Clerk of the United States District Court for the District of Delaware,

DO HEREBY CERTIFY THAT

Regina Strango Kelbon, Delaware Bar I.D. No. 5444,

was duly admitted to practice in said Court

on the 30th day of September, 2010

and is in good standing as a member of the bar of this Court.

JOHN A. CERINO, Clerk, U.S. District Court

BY: _____
Deputy Clerk
(Seal of the Court)

Dated at Wilmington, Delaware

on the 15th Day of May, 2014

AO 136 Certificate of Good Standing
(Delaware, Rev. 2/2013)