Denis O'Connor
Receiver
Condor Capital Corporation
c/o Alix Partners, LLP
40 West 57th Street, 28th floor
New York NY 10019

**MEMO ENDORSED**

June 26, 2014

Hon. Colleen McMahon
United States District Judge
Southern District of New York
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten endorsement: 6/27/2014 — Any objections to the Receiver's bill, which looks reasonable to me, must be [filed?] by July 3, 2014, or I will approve it for payment.]*

RE: **BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York, v. CONDOR CAPITAL CORPORATION and STEPHEN BARON, Case No. 14-CV-2863 (CM)**

Dear Judge McMahon:

I write to your Honor regarding compensation for the performance of my duties pursuant to the Preliminary Injunction and Order Appointing Receiver entered on May 13, 2014. Paragraph 14 of that Order as follows:

> 14. The Receiver and all personnel hired by the Receiver as herein authorized are entitled to reasonable compensation for the performance of duties pursuant to this Order, and for the cost of actual out-of-pocket expenses incurred by them, from the assets now held by or in the possession or control of, or which may be received by, Defendants. The Receiver shall file with the Court and serve on the parties periodic requests for the payment of such reasonable compensation, with the first such request to be filed no more than sixty (60) days after the date of this Order. The Receiver shall not increase any hourly rates used as the basis for such fee application without prior approval of the Court.

Accordingly, please find attached my invoice for professional services rendered through June 14, 2014.

I will also forward this letter and attached invoice to the Company, Stephen Baron, the New York State Department of Financial Services and Wells Fargo, as well as to counsel to all of these parties.

I can be reached at Condor Capital at (407) 358-6403 if you need to discuss the above.

Very truly yours,

*Denis O'Connor*
Denis O'Connor

*[Stamp: FILED 6/27/14]*