Denis O'Connor
Receiver
Condor Capital Corporation
c/o Alix Partners, LLP
40 West 57th Street, 28th floor
New York NY 10019



**MEMO ENDORSED**

July 9, 2014

Hon. Colleen McMahon
United States District Judge
Southern District of New York
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

7/9/2014

We will continue as we have been doing

RE:     **BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York, v. CONDOR CAPITAL CORPORATION and STEPHEN BARON, Case No. 14-CV-2863 (CM)**

Dear Judge McMahon:

My practice for distributing my first two reports to the Court has been to fax each 20-day report to your chambers with a note to post it to the docket after your review. My third report is due this Monday (July 14, 2014).

One of the lawyers for Wells Fargo requested that Counsels to Plaintiff, Defendants and Wells Fargo receive the report (intact or redacted if I feel necessary) at the same time I forward to you. Counsels for Plaintiff and Defendants indicated to me that my past distribution practice is fine for them.

My preference is to continue the previous practice so that your Honor can provide or request any clarification to my report if needed; however, I wanted to bring this to your attention for your guidance.

I can be reached at Condor Capital at (407)358-6403, or cell (917)952-0270, if you need to discuss.


Very truly yours,

Denis O'Connor

Denis O'Connor


cc: Counsels to Defendants, Plaintiff and Wells Fargo