**SCH**
SCHINDLER COHEN & HOCHMAN⦆
100 Wall Street, 15th floor / New York, N.Y. 10005 / t.(212) 277 6300 / f.(212) 277 6333 / www.schlaw.com

Richard J. Bettan
(212) 277 6319
rbettan@schlaw.com

July 11, 2014

**BY ELECTRONIC FILING & FAX**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007-1312

     Re: <u>*Lawsky v Condor Capital Corp.*, Index No. 14-cv-2863 (CM)</u>

Dear Judge McMahon:

  We write on behalf of the Superintendent of Financial Services of the State of New York, Plaintiff in the captioned action (the "Department"). In light of the stipulation between Intervenor-Plaintiff Wells Fargo ("Wells Fargo") and Defendant Condor Capital Corp. ("Condor") granting Condor an extension of time to respond to Wells Fargo's Intervenor Complaint, which Your Honor so-ordered yesterday, the Department respectfully requests the same extension of time (*i.e.*, until July 25) to file its response. Counsel for Wells Fargo and Condor have assented to this request.

                Respectfully Submitted,

                Richard J. Bettan

cc: Counsel of Record (*by ECF*)