Denis O'Connor
Receiver
Condor Capital Corporation
c/o Alix Partners, LLP
40 West 57th Street, 28th floor
New York NY 10019

July 21, 2014

Hon. Colleen McMahon
United States District Judge
Southern District of New York
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007



**MEMO ENDORSED**

*[Handwritten note: 7/22/2014 Any comments due by 7/30/2014 n the court will approve]*

RE: **BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York, v. CONDOR CAPITAL CORPORATION and STEPHEN BARON, Case No. 14-CV-2863 (CM)**

Dear Judge McMahon:

I write to your Honor regarding compensation for the performance of my duties pursuant to the Preliminary Injunction and Order Appointing Receiver entered on May 13, 2014. Paragraph 14 of that Order as follows:

> 14. The Receiver and all personnel hired by the Receiver as herein authorized are entitled to reasonable compensation for the performance of duties pursuant to this Order, and for the cost of actual out-of-pocket expenses incurred by them, from the assets now held by or in the possession or control of, or which may be received by, Defendants. The Receiver shall file with the Court and serve on the parties periodic requests for the payment of such reasonable compensation, with the first such request to be filed no more than sixty (60) days after the date of this Order. The Receiver shall not increase any hourly rates used as the basis for such fee application without prior approval of the Court.

Accordingly, for your review, please find attached my second invoice for professional services rendered for the 4 week period ending July 12, 2014.

I will also forward this letter and attached invoice to the Company, Stephen Baron, the New York State Department of Financial Services and Wells Fargo, as well as to counsel to all of these parties.

I can be reached at Condor Capital at (407) 358-6403 if you need to discuss the above.

Very truly yours,

*Denis O'Connor*

Denis O'Connor

*7/22/14*



**AlixPartners** LLP
*When it really matters.*

July 18, 2014

Condor Capital Corporation
165 Oser Avenue
Hauppauge, NY 11788

Re: Condor Capital Receivership
Client: 008560
Inv. No.: 2059230

Federal Tax Id 38-3637158

For Professional Services: June 15, 2014 through July 12, 2014

**Professional Fees (see pages 2 of 7 – 6 of 7 for supporting detail)**     328,800.00

Expenses (see page 7 of 7 for supporting detail)     10,380.25

**Total Amount Due**     USD    **339,180.25**

Please reference the invoice number noted above on any payment remittance. Thank You.

| Send check remittance to: | If Remitting in USD: | If Remitting in any other Currency: |
|---|---|---|
| AlixPartners LLP<br>P.O. Box 5838<br>Carol Stream, IL 60197-5838 | Account Name: AlixPartners LLP<br>Account Number: 003-58897<br>Bank Name: Deutsche Bank<br>ABA: 021-001-033<br>SWIFT: BKTRUS33XXX | Account Name: AlixPartners LLP<br>IBAN: GB27 DEUT 4050 8189 039614<br>Account Number: 89039614<br>Bank Name: Deutsche Bank AG London<br>SWIFT: DEUTGB2LXXX |

40 West 57th Street | New York, NY | 10019 | 212.490.2500 | 212.490.1344 fax | www.alixpartners.com



Condor Capital Corporation
165 Oser Avenue
Hauppauge, NY 11788

Inv. No.: 2059230

Re: Condor Capital Receivership
Client/Matter No.: 008560.00001

| | |
|---|---:|
| **Week of June 15:** | |
| Receiver & Interim Management Director | $40,000.00 |
| Forensic Director and Support Staff | 18,000.00 |
| Information Management, Technology Director and Support Staff | 20,000.00 |
| Corporate Finance Director and Support (2/5*$20k) | 8,000.00 |
| **Week of June 22:** | |
| Receiver & Interim Management Director | 40,000.00 |
| Forensic Director and Support Staff | 18,000.00 |
| Information Management, Technology Director and Support Staff (4/5*$20k) | 16,000.00 |
| Corporate Finance Director and Support (2/5*$20k) | 8,000.00 |
| **Week of June 29:** | |
| Receiver & Interim Management Director (4/5*$40k) | 32,000.00 |
| Forensic Director and Support Staff (4/5*$18k) | 14,400.00 |
| Information Management, Technology Director and Support Staff (4/5*$20k) | 16,000.00 |
| Corporate Finance Director and Support (3/5*$20k) | 12,000.00 |



Condor Capital Corporation
165 Oser Avenue
Hauppauge, NY 11788

Inv. No.: 2059230

Re: Condor Capital Receivership
Client/Matter No.: 008560.00001

**Week of July 6:**

| | |
|---|---:|
| Receiver & Interim Management Director | 40,000.00 |
| Forensic Director and Support Staff (4/5*$18k) | 14,400.00 |
| Information Management, Technology Director and Support Staff (4/5*$20k) | 16,000.00 |
| Corporate Finance Director and Support (4/5*$20k) | 16,000.00 |
| **Total for the period June 15 - July 12 :** | |
| Receiver & Interim Management Director | 152,000.00 |
| Forensic Director and Support Staff | 64,800.00 |
| Information Management, Technology Director and Support Staff | 68,000.00 |
| Corporate Finance Director and Support | 44,000.00 |
| **Total** | **328,800.00** |

40 West 57ᵗʰ Street | New York, NY | 10019 | 212.490.2500 | 212.490.1344 fax | www.alixpartners.com


## AlixPartners LLP
*When it really matters.*

Condor Capital Corporation
165 Oser Avenue
Hauppauge, NY 11788

Inv. No.: 2059230

Re: Condor Capital Receivership
Client/Matter No.: 008560.00001

**1 – Banking: Establish Receiver Citibank Account, Liase with Secured Lender (Wells Fargo) and Liase with Various Banks to Open a New Account.**

|  |  | Hours |
|---|---|---|
| D. O'Connor |  | 18.0 |
| J. Galiski |  | 23.9 |
| B. Jenkins |  | 0.3 |
|  | **Total** | **42.2** |

**2 – Operations: Analyze Collections, Servicing, Disbursements & Compliance**

|  |  | Hours |
|---|---|---|
| D. O'Connor |  | 45.1 |
| J. Galiski |  | 49.4 |
| B. Jenkins |  | 21.7 |
| W. Wei |  | 10.6 |
|  | **Total** | **126.8** |

**3 – Customer Refund Issues: Quantify amounts owed to customers and disburse refunds to customers**

|  |  | Hours |
|---|---|---|
| D. O'Connor |  | 16.4 |
| J. Galiski |  | 26.2 |
| B. Jenkins |  | 63.3 |
|  | **Total** | **105.9** |



# AlixPartners LLP
*When it really matters.*

Condor Capital Corporation
165 Oser Avenue
Hauppauge, NY 11788

Inv. No.: 2059230

Re: Condor Capital Receivership
Client/Matter No.: 008560.00001

### 4 – Court Reporting, Review T.R.O., Preliminary Injunction and Pleadings

|              |       | Hours |
|--------------|-------|------:|
| D. O'Connor  |       | 28.6  |
| J. Galiski   |       | 38.2  |
| B. Jenkins   |       | 24.2  |
| C. Laurence  |       | 1.5   |
|              | Total | 92.5  |

### 5 – Responding to Regulators (N.Y., CT, Mass and Maryland)

|              |       | Hours |
|--------------|-------|------:|
| D. O'Connor  |       | 2.0   |
| J. Galiski   |       | 3.1   |
| B. Jenkins   |       | 4.0   |
|              | Total | 9.1   |

### 6 – Data Analytics, Information Management and Building Security

|              |       | Hours |
|--------------|-------|------:|
| J. Galiski   |       | 33.1  |
| B. Jenkins   |       | 29.7  |
| R. Haniph    |       | 21.0  |
| D. O'Connor  |       | 3.3   |
| P. Golden    |       | 1.0   |
| J. Berg      |       | 21.3  |
|              | Total | 109.4 |

40 West 57th Street | New York, NY | 10019 | 212.490.2500 | 212.490.1344 fax | www.alixpartners.com



**AlixPartners** LLP
*When it really matters.*

Condor Capital Corporation
165 Oser Avenue
Hauppauge, NY 11788

Inv. No.: 2059230

Re: Condor Capital Receivership
Client/Matter No.: 008560.00001

**7 – Corporate Finance Activities - Solicit non-disclosure agreements; create data room and respond to financiers seeking to refinance Wells Fargo or purchase Condor's loan portfolio.**

|   | Hours |
|---|---|
| J. Galiski | 18.5 |
| B. Jenkins | 9.2 |
| D. O'Connor | 16.6 |
| M. Arango | 57.7 |
| **Total** | **102.0** |
|   |   |
| **Grand Total** | **587.9** |



## AlixPartners LLP
*When it really matters.*

Condor Capital Corporation
165 Oser Avenue
Hauppauge, NY 11788

Inv. No.: 2059230

Re: Condor Capital Receivership
Client/Matter No.: 008560.00001

**Disbursement Recap:**

| Description | Amount |
|---|---:|
| Administrative Fee* | 6,576.00 |
| Cab Fare/Ground Transportation | 793.53 |
| Gas/Fuel | 103.22 |
| Lodging | 578.17 |
| Mileage | 361.76 |
| Parking & Tolls | 170.88 |
| Public Transportation | 4.50 |
| Rental Car | 1,581.39 |
| Subscription/Books | 26.00 |
| Meals - Engagement Team | 184.80 |
| **Total Disbursements** | **10,380.25** |

*Charge of 2% of fees to recover costs of conference calls, postage, internal copy costs and phone/internet access.