UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
BENJAMIN M. LAWSKY, Superintendent of
Financial Services of the State of New York,

                          Plaintiff,

-against-

CONDOR CAPITAL CORPORATION
and STEPHEN BARON,

                          Defendants.

-and-

WELLS FARGO BANK, N.A., as Agent for
Certain Financial Institutions as Lenders,

                          Intervenor.
------------------------------------------------------------- x

Case No.: 14 Civ. 2863 (CM)

**NOTICE OF APPEAL**

       Notice is hereby given that defendants in the above-captioned action, Condor Capital Corporation and Stephen Baron, hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order dated and entered in this action on August 1, 2014 (a copy of which is annexed hereto as Exhibit A).

Dated: New York, New York
         August 25, 2014

                                      Katten Muchin Rosenman LLP

                                      By: /s/ Leah Mary Campbell
                                      Leah Mary Campbell (LC 7456)
                                      575 Madison Avenue
                                      New York, New York 10022
                                      Tel: (212) 940-8800/Fax: (212) 894-5925
                                      *Attorneys for Defendants*
                                      *Condor Capital Corporation and Stephen Baron*

TO:

Richard Bettan
Schindler Cohen & Hochman
100 Wall Street
New York, New York 10005

*Attorneys for Plaintiff*
*Benjamin M. Lawsky*

Harris N. Cogan
Blank Rome LLP
405 Lexington Avenue
New York, New York 10174

*Attorneys for Intervenor*
*Wells Fargo Bank, N.A.*