# SCH

**SCHINDLER COHEN & HOCHMAN**

100 Wall Street, 15th floor / New York, N.Y. 10005 / t.(212) 277 6300 / f.(212) 277 6333 / www.schlaw.com

Richard J. Bettan
(212) 277 6319
rbettan@schlaw.com

**MEMO ENDORSED**

September 12, 2014

9/12/2014
OK — last
extension

**BY ELECTRONIC FILING AND FAX**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007-1312

Re:  *Lawsky v. Condor Capital Corp.*, Index No. 14-cv-2863 (CM)

Dear Judge McMahon:

   We write on behalf of the Superintendent of Financial Services of the State of New York, Plaintiff in the captioned action, with the permission of Defendants Condor Capital Corporation and Stephen Baron, to respectfully request that you further extend the deadline for parties to submit their discovery plan in this action by another two weeks, from September 12, 2014 to September 26, 2014.

   Pursuant to Federal Rule of Civil Procedure 26(f) and Your Honor's Individual Practices, the parties were initially required to present a discovery plan to the Court on or before August 14, 2014. On August 12, Your Honor granted the parties' initial request for an extension of this deadline until August 29. Then, on August 28, Your Honor granted the parties' request for a further extension until September 12. The parties have conducted an initial Rule 26 conference and have agreed to a general framework for a discovery plan. Settlement negotiations have been productive and the parties expect to continue to move toward resolution of this matter. In light of the ongoing progress toward settlement, the parties would appreciate the Court's permission to further extend this deadline.

Respectfully submitted,

*/s/ RJ Bettan*

Richard J. Bettan

cc: Counsel of Record (*by ECF*)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/14
```