Denis O'Connor
Receiver
Condor Capital Corp.
c/o Alix Partners, LLP
909 Third Avenue-29th Fl.
New York NY 10022

July 7, 2015

Hon. Colleen McMahon
United States District Judge
Southern District of New York
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten: 7/7/2015 Pay the invoice]*

RE: **BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York, v. CONDOR CAPITAL CORP. and STEPHEN BARON, Case No. 14-CV-2863 (CM)**

Dear Judge McMahon:

**MEMO ENDORSED**

I write to Your Honor regarding compensation for the performance of my duties pursuant to the Preliminary Injunction and Order Appointing Receiver entered on May 13, 2014 and the Final Consent Judgment entered on December 22, 2014.

I have attached my Invoice for professional services rendered for the four week period ending May 16, 2015.

The attached invoice reflects a 1% Administrative Fee as requested by Your Honor. The invoice further reflects an increase of fees of $44,000 from my prior invoice due to efforts directed at developing, analyzing and negotiating bids and letters of intent to complete the second and final sale of Condor's portfolio.

Very truly yours,

*[signature]*

Denis O'Connor

Attachment as Stated

cc: Joy Feigenbaum, NYS Department of Financial Services
Stephen Baron, Condor Capital Corp.
Counsel to all parties

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/15