Denis O'Connor
Receiver
Condor Capital Corp.
c/o Alix Partners, LLP
909 Third Avenue-29th Fl.
New York NY 10022



November 6, 2015

Hon. Colleen McMahon
United States District Judge
Southern District of New York
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

11/9/2015
OK ✓
/s/

**MEMO ENDORSED**

RE: **BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York, v. CONDOR CAPITAL CORP. and STEPHEN BARON, Case No. 14-CV-2863 (CM)**

Dear Judge McMahon:

I write to Your Honor regarding compensation for the performance of my duties pursuant to the Preliminary Injunction and Order Appointing Receiver entered on May 13, 2014 and the Final Consent Judgment entered on December 22, 2014.

I have attached my invoice for professional services rendered for the four week period ending September 5, 2015.

The attached invoice reflects a 1% Administrative Fee as requested by Your Honor. The invoice further reflects a decrease of fees of $2,000 from my prior invoice. The invoice reflects higher fees due to increased efforts responding to Baron Litigation and Final Sale efforts offset by a decrease from completing the Missouri regulatory audits and reporting.

Very truly yours,

*Denis O'Connor*

Denis O'Connor

Attachment as Stated

cc: Joy Felgenbaum, NYS Department of Financial Services
Stephen Baron, Condor Capital Corp.
Counsel to all parties

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/15