UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BENJAMIN M. LAWSKY, Superintendent of :
Financial Services of the State of New York, :  Case No.: 14 Civ. 2863(CM)
 :
     Plaintiff, :
 :  **NOTICE OF MOTION FOR**
 -against- :  **RECUSAL PURSUANT TO**
 :  **28 U.S.C. § 455(A)**
CONDOR CAPITAL CORPORATION and :
STEPHEN BARON, :
 :
     Defendants. :
 :
 -and- :
 :
WELLS FARGO BANK, N.A., as Agent for :
Certain Financial Institutions as Lenders, :
 :
     Intervenor. :
-------------------------------------------------------------X

TO: ALL COUNSEL OF RECORD

   PLEASE TAKE NOTICE THAT, upon the accompanying (i) Memorandum of Law in Support of Defendant's Motion to Recuse; and (ii) Affidavit of Paul R. Niehaus and the exhibits thereto, and upon all prior pleadings in this matter, Defendant Stephen Baron will move this Court, as soon as he may be heard, for an Order pursuant to 28 U.S.C. § 455(a), recusing the Honorable Colleen McMahon from further participation in this matter, and reassigning the matter to a randomly-selected Judge of this District pursuant to Rule 16 of the Southern District's Rules for the Division of Business Among District Judges.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Judge McMahon's Individual Practices and Procedures, papers in opposition to the Motion must be filed no later than December 7, 2015, and that papers in reply, if any, must be filed no later than December 14, 2015.

Dated: November 23, 2015

NIEHAUS LLP

_____
Paul R. Niehaus
750 Lexington Ave., 25th Floor
New York, New York 10022
(212) 631-0223
pniehaus@niehausllp.com