UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BENJAMIN M. LAWSKY, Superintendent of
Financial Services of the State of New York,

       Plaintiff,

-against-

CONDOR CAPITAL CORPORATION and
STEPHEN BARON,

       Defendants.

-and-

WELLS FARGO BANK, N.A., as Agent for
Certain Financial Institutions as Lenders,

       Intervenor.
-----------------------------------------------------------------X

**MEMO ENDORSED**

Case No.: 14 Civ. 2863(CM)

**NOTICE OF MOTION FOR RECUSAL PURSUANT TO 28 U.S.C. § 455(A)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/15

TO: ALL COUNSEL OF RECORD

  PLEASE TAKE NOTICE THAT, upon the accompanying (i) Memorandum of Law in Support of Defendant's Motion to Recuse; and (ii) Affidavit of Paul R. Niehaus and the exhibits thereto, and upon all prior pleadings in this matter, Defendant Stephen Baron will move this Court, as soon as he may be heard, for an Order pursuant to 28 U.S.C. § 455(a), recusing the Honorable Colleen McMahon from further participation in this matter, and reassigning the matter to a randomly-selected Judge of this District pursuant to Rule 16 of the Southern District's Rules for the Division of Business Among District Judges.

*[Handwritten memo endorsement:]* Motion DENIED. The Clerk will removed Docket #231 from the Court's list of open motions.

11/24/2015 — The motion for recusal is simply and totally without merit. The defendant admits that there is no actual bias on the part of the court. There is no appearance of any defendant disagrees with the court's ruling. If defendant believes the court has been unfair he is free to appeal. *[signature]*

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Judge McMahon's Individual Practices and Procedures, papers in opposition to the Motion must be filed no later than December 7, 2015, and that papers in reply, if any, must be filed no later than December 14, 2015.

Dated: November 23, 2015

NIEHAUS LLP

Paul R. Niehaus
750 Lexington Ave., 25th Floor
New York, New York 10022
(212) 631-0223
pniehaus@niehausllp.com